# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Alistair Brockmeyer, having been sworn, state:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since October 2019, and I am currently assigned to FBI's Boston Field Office, specifically the Lowell Resident Agency. I was previously assigned to the FBI New Haven, Joint Terrorism Task Force (JTTF) and Domestic Terrorism squad. As an FBI Special Agent, I am authorized to investigate violations of the laws of the United States, including violations of the federal terrorism laws in Title 18 of the United States Code.

2. As an FBI Special Agent, I have participated in domestic terrorism investigations and debriefed or participated in the debriefings of defendants, informants, and witnesses who had personal knowledge of domestic terrorism organizations and related ideologies. I have participated in many aspects of domestic terrorism investigations, including conducting physical and electronic surveillance, analyzing telephone toll information obtained through subpoenas, analyzing information obtained through court-ordered pen registers and trap and trace intercepts, overseeing the activities of and debriefing confidential human sources, and executing arrest and search warrants. While serving at FBI New Haven, I was the acting supervisor of the Domestic Terrorism and Weapons of Mass Destruction squad for several months. During that time I oversaw and supervised investigations related to Domestic Terrorism to include Homegrown Violent Extremists, Racially or Ethnically Motivated Violent Extremists, and Nihilistic Violent Extremists, among others.

## PURPOSE OF AFFIDAVIT

3. I make this affidavit in support of a Criminal Complaint charging TRENTON TOUCH with making a threat against the President of the United States, in violation 18 U.S.C. § 871.

4. All dates, time and amounts set forth in this affidavit are approximate. I make this affidavit based upon personal knowledge derived from my participation in this investigation and upon information (whether received directly or indirectly) that I believe to be reliable from numerous sources including, but not limited to, the following:

a. My training and experience investigating domestic terrorism related crimes;

b. Oral reports, written reports, and documents that I have received from FBI and other federal, state, and local law enforcement agents;

c. Physical and electronic surveillance conducted by me and other federal, state, and local law enforcement officers;

d. Public records;

e. Telephone toll records and telephone subscriber information; and

f. Queries of law enforcement records and intelligence databases.

5. Because this affidavit is being submitted for the limited purpose of securing the requested criminal complaint, I have not included each and every fact known to me concerning this investigation nor every investigative technique utilized.

## PROBABLE CAUSE

***Meta's Disclosure of Threat Information Involving Trenton TOUCH's Accounts***

6. On September 10, 2026, the Federal Bureau of Investigation (FBI) received a voluntary disclosure from Meta (the parent company of Instagram and Facebook). According to Meta, this threat reporting derived from algorithms recently enhanced to identify individuals

involved in the larger True Crime Community (TCC) discussions who have made what appear to be threats of violence.

7. Meta disclosed four Instagram accounts pursuant to the voluntary disclosure that were subsequently determined to be used by TOUCH: Noctulianmumma, trentontou2, suwiishwiwheieb, and fascistlarper2.

8. Three of the accounts (trentontou2, suwiishwiwheieb, and fascistlarper2) are all associated with TOUCH's email address, [redacted]. Additional records disclosed by Meta in response to a federal search warrant confirmed that TOUCH was the user of all four accounts. Specifically, TOUCH regularly alternated between the accounts in several chat groups, advising other users that he was using his "alt" (alternate) accounts because Instagram would temporary or permanently disable his accounts. Also, photos TOUCH appeared to take of himself were seen shared on several of the accounts. These photos were further observed in TOUCH's iCloud photo library. TOUCH's iCloud library was similarly associated with the above iCloud account, [redacted]. Additionally, records from Verizon, including court-ordered location information, reveal that TOUCH is the user of the cellular device associated with phone number [redacted]. That phone number was observed to be associated with iCloud account [redacted]. Data provided by Apple reflected that TOUCH's phone number, [redacted]-[redacted], utilized the iCloud account for data storage. Investigators observed incoming text messages to TOUCH's phone number which were preserved in the iCloud data. Those text messages included communications in which people were directly referring to TOUCH. Additionally, photos observed in the preserved iCloud data were consistent with photos posted by TOUCH's Instagram accounts. Lastly, physical surveillance confirmed TOUCH's cellular location to be consistent with TOUCH's physical location.

9. Meta records show that TOUCH has submitted multiple communications in which he threatened to kill other individuals. Based on my training, experience, and the formatting of the communications, I believe that these messages were sent as part of a group chat with other users, although Meta did not always provide the full context for those records. The messages include threats to shoot up a school and "kill trump," the statement "I just want to kill a few people like you before I die," and references to "larping while shooting a place up"[1] and hanging someone.

***TOUCH's Threat to Kill the President***

10. Specifically, on June 21, 2026, using the Instagram account trentontou2, TOUCH posted a picture of a firearm in a direct message to another user:



11. After sending this image, TOUCH sent the following messages:

- "it's time";
- "im gonna kill trump";
- "not yet unc i suck at shooting past 200 yards."

[1] "Larp" likely refers to "live action role playing."

12. In subsequent communications with other Instagram users, TOUCH sent the same photograph, stating in various ways that he was now in possession of a firearm.

***Other Threatening and Violent Content from TOUCH's Meta Accounts***

13. Throughout the communications submitted by Meta, TOUCH frequently referenced mass shooters, specifically those who conducted their attacks based on racially motivated violent extremism, and TOUCH referred to these mass shooters as "heroes." TOUCH created videos and "shooter edits," that intentionally had video overlays in an effort to hide the content from social media algorithms used to detect and remove the graphic content. TOUCH often shared these videos and directed people where to find the actual shooting videos without the overlay. Additionally, a graphic beheading video was observed in TOUCH's deleted photos album. Based on my training and experience, violent extremists may watch graphic videos depicting extreme violence and gore in an effort to desensitize themselves to violence.

14. TOUCH frequently referenced the Christchurch shootings in New Zealand that killed 51 people. For example, on August 17, 2026, using his Noctilianmumma Instagram account, TOUCH posted the following to a group chat with over 400 participants:

> *All these nons deserve is more killings in their place of worship and their homes. There should be a Christchurch happening every single day of every single week. It should be constant death and misery for them*

15. On June 7, 2026, using the fascistlarper2 Instagram account, TOUCH posted the image below:




16. A reverse image search was conducted to determine if this image was previously posted online. A reverse image search was negative which indicates this picture was either taken by TOUCH or sent to TOUCH privately. Based on my training and experience, this gun very closely resembles the firearm used by Brenton Tarrant during the Christchurch New Zealand mass shooting. Written on the firearm is the name "Brenton Tarrant"—the perpetrator of the Christchurch New Zealand mass shooting—and "Robert Bowers"—who conducted a mass killing at a Pittsburgh synagogue in October 2018.

17. On June 21, 2026, again using the fascistlarper2 Instagram account, TOUCH posted the acronym "TND" and a video (with a screenshot below) that appears to be an individual with a firearm that features this same acronym:




18. Based on my training and experience, I know the acronym "TND" stands for the mass death or killing of black people. This and similar acronyms are often used by white supremacists to avoid moderation and deletion.

19. On August 26, 2026, using the noctulianmumma Instagram account, TOUCH posted "Guess I should just ER." Based on training and experience, I believe that ER refers to Elliott Rodger, who carried out a series of deadly mass shootings in Isla Vista, California in 2014.

20. Other violent content posted on Instagram by TOUCH includes the following:

- trentontou2 account, July 2, 2026 15:24 pm UTC: "@black_hole4200 we need to kill politicians"
- Trentontou2 account, April 28, 2026 03:25 am UTC: "@jsup06 she should be hanged. she's a racial foreigner in a position of power"
- fascistlarper2 account, June 01, 2026 05:12: am UTC: "Are you truly ready for the helter skelter?[2] Are you truly ready to HATE? Not only HATE the alien races, but

[2] Based on my training and experience, the helter skelter is likely in reference to Charles Manson's belief of an impending apocalyptic race war between Black and White Americans. Manson would refer to the scenario as the "Helter Skelter."

> the race traitors as well? Are you ready to BLAST THEIR HEADS off them? If not you better BOW OUT. #14 #88 #hate #helterskelter #fyppppppppppppppppppppppppppppppppppp[3]

***TOUCH's Violent White Supremacist Ideology***

21. In addition to the violent content described above, TOUCH sent messages and engaged in chats indicating that he was an adherent of violent white supremacist, Nationalist Socialist, and accelerationist ideology—an interest in accelerating the collapse of society through chaos, violence, and terrorism to enable a race war and the eventual creation of a white ethno-state based on Nationalist Social principles. Key influences of these ideologies include James Mason's book "The Siege," Charles Manson, and others associated with far-right violence.

22. As noted above, TOUCH posted messages using the phrase "helter skelter"—a likely reference to Charles Manson. The investigation documented numerous posts made my TOUCH in which he directly advises other members of chats to read "The Siege" by James Mason.

23. In one exchange in a group chat with over 400 participants, TOUCH, using the Noctilianmumma Instagram account, posted the following messages:

- "Anyone here read siege";
- "Mason has the right ideas";
- "Read siege and kill ethnics";

24. In another exchange in a chatroom, TOUCH, using the same Instagram account posted:

- "If a pit of vipers is in your backyard do you spare the adolescents to someday grow up and bite your children?";
- "No, you burn the nest with all the snakes inside";
- "Not ONE ethnic child is innocent";

---

[3] Based on my training and experience, I know that the numbers 14 and 88 are commonly use in association with white supremacist ideology.

- “ALL of them deserve to die.”

25. On May 30, 2026, TOUCH, using the “Fascistlarper2” Instagram account, had an exchange with another Instagram user. In response to the question “Are you a natsoc or some shit”? TOUCH responded “I want to kill brown people. So yeah probably.”

26. In an exchange with a different Instagram user, TOUCH sent the following messages using the Trentontou2 Instagram account:

- “yes killing people is needed to accelerate inc”;
- “yeah if you kill enough important people to make them distrust the system EVENTUALLY will come to you instead of the system”;
- “if every single governor died to assassination tomorrow a 4th reich could be founded by next week”;
- “literally anything could happen people just need to die.”

***TOUCH’s Interest in Obtaining Firearms and Firearms Training***

27. A review of the data associated with the Instagram accounts and an Apple iCloud account belonging to TOUCH indicates that TOUCH was actively trying to acquire a firearm and pursue firearms training.

28. On May 7, 2026, TOUCH, using the Trentontou2 Instagram account had an exchange with another Instagram user. In response to the statement “demolish ur phone and live off the food u hunt and gather hmm,” Touch wrote: “I need to get a gun first.”

29. Additionally, a review of incoming text messages to TOUCH’s cellular device revealed several text messages about purchasing a gun and ammunition. On May 30, 2026, TOUCH received a text message saying “We can go to the shooting range look at gun.” On June 14, 2026, TOUCH received a text message saying, “Hi Trenton. My friend, who has the gun who’s gonna recommend the gun is still not getting back to me on scheduling he must be real busy Yeah, yeah and I have not forgotten. You can come by anytime you want we’re here.” On June 14, 2026,

TOUCH received a text message saying "Trenton Next Saturday 10 AM You have an appointment at the shooting range. They're gonna hook you up with rifles. We're ordering the bullets today and it'll be a gun there if you're interested to purchase."[4]

30. On July 16, 2026, TOUCH sent the following messages using the trentontou2 Instagram account:

- "fucking stupid cops won't pick up my calls for my FID im gonna fucking flip out";
- "firearms identification card";
- "pissing me off im just gonna go in person tomorrow if they don't pick up my calls";
- "ya ill just ask my grandparents to straw purchase one for me."

31. The FBI has confirmed that TOUCH has applied for a Firearms Identification Card through the Tewksbury Police Department. Further, based on training and experience I know individuals will use straw purchasers to buy firearms for them when they are not legally able to own or purchase them on their own sent the following messages.

***Evidence and Information Obtained From a Search of TOUCH's Residence and Person***

32. On October 26, 2026, federal agents executed a court-authorized search of TOUCH's residence in Tewksbury, Massachusetts and his person.

---

[4] These messages appear to have been sent to TOUCH by his grandfather. As discussed below, agents located a rifle similar to the rifle appearing in photographs on TOUCH's Instagram accounts, at TOUCH's grandparents' residence.

33. During the execution of the search, investigators observed and seized a revolver-style firearm. A photograph of the firearm is below:




34. This revolver matches images found among the deleted photos in TOUCH's iCloud account.[5] In addition, an image of a deleted chat message in which TOUCH claims that the revolver is real was found in the deleted photos on TOUCH's iCloud account.

35. In addition to the revolver, agents found multiple military-style or military surplus items in TOUCH's bedroom. These include camouflage clothing, a ballistics helmet, military-style knives, and a hatchet. Images of these items are below:






[5] Testing of this firearm to determine operability is underway. The revolver appears to be a muzzle-load style firearm that uses black-powder as the propellant rather than fixed ammunition.





36. On August 19, 2026, using the Noctilianmumma Instagram account, TOUCH discussed dressing in military-style clothing associated with white supremacists groups, posting in an Instagram chat room with more than 400 members:

- “Halloween is when i can put on my peadot camo and not be stared at”;
- “Actually I might just larp as an Attomwaffen member”; and
- “Flecktarn and skull mask.”

37. The Attomwaffen Division is an international neo-Nazi terrorist network. According to open-source information, the Atomwaffen Division promoted extreme neo-Nazism combined with militant accelerationism. Attomwaffen members frequently wore flecktarn camouflage and a skull mask as a *de facto* uniform for their movement. Pea-dot is a camouflage pattern used by German soldiers in World War II.

38. On June 5, 2026, TOUCH posted messages, using the trentontou2 Instagram account, that appear to reference obtaining military surplus gear to wear while engaging in shootings:

- “I just got some milsurp”;
- “Military surplus”;
- “So i can larp while shooting a place up.”

39. Agents also seized various items espousing white supremacist and Nazi ideology. Examples are below:







40. In addition to these objects, agents seized multiple electronic devices which are currently undergoing law enforcement review.

41. Concurrent with the execution of the search warrant at TOUCH's residence, federal agents conducted a consent search at the residence of TOUCH's grandparents in Atkinson, New Hampshire. Agents were advised that TOUCH stays at the residence and, when he does, he stays in the basement. In the basement of the home, agents located a rifle with a box of ammunition (photograph below):



42. The firearm located in TOUCH's grandparents' basement appears to match the firearm in the photograph that accompanied the threat to kill the President, as well as in other photographs identified in other images shared by TOUCH on Instagram.

43. TOUCH's grandparents indicated that the rifle was kept locked with a firearm lock, and that TOUCH was permitted to use the firearm only under his grandparents' supervision.

## CONCLUSION

44. Based on the foregoing, there is probable cause to believe that, on or about June 21, 2026, TOUCH made a threat against the President of the United States in violation of 18 U.S.C. § 871.

Sworn to telephonically in accordance with Federal Rule of Criminal Procedure 4.1 on October ___29___, 2026.

Alistair Brockmeyer /by Paul G. Levenson
Alistair Brockmeyer
Special Agent, Federal Bureau of Investigation

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HON. PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE