AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
TRENTON TOUCH

*Defendant*

Case No. 26-8454-PGL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Trenton Touch ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ☑ Complaint
❐ Probation Violation Petition ❐ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of the Court

This offense is briefly described as follows:
18 USC 871 (Threat to Kill the President)

Date: 10/29/2026

*Issuing officer's signature*

City and state: Boston, Massachusetts

Honorable Paul G. Levenson
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

**Return**

This warrant was received on *(date)* ________ , and the person was arrested on *(date)* ________
at *(city and state)* ________ .

Date: ________

*Arresting officer's signature*

*Printed name and title*