# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Middlesex County

YOU ARE COMMANDED to have the body of Trenton Touch

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 25, on the 7th floor, Boston, Massachusetts on or before November 09, 2026, at 12:30 PM.

for the purpose of Initial Appearance

in the case of UNITED STATES OF AMERICA V. Trenton Touch

CR Number 26-MJ-8454

And you are to retain the body of said Trenton Touch while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Trenton Touch to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 5th day of November 2026.

Paul G. Levenson

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

SEAL

ROBERT M. FARRELL
CLERK OF COURT

By: Alexandra Traganos
Deputy Clerk

(Habeas Writ.wpd - 5/27/08)